PROB 12C
FLNP(1/2013)

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lorenzo Laverne Gilmore      Case Number: 1:17CR24

Name of Sentencing Judicial Officer: The Honorable Mark E. Walker, U. S. District Judge

Date of Original Sentence: 1/11/2017

Original Offense: Violation of supervised release for the offense of Distribution of Five Grams or More of Cocaine Base, 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

Original Sentence: 8 months imprisonment, followed by 3 years supervised release.

Type of Supervision: Supervised Release      Date Supervision Commenced: 8/15/2017

Assistant U.S. Attorney: Arnold B. Corsmeier      Defense Attorney: Ronald W. Maxwell

---

### PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Standard Condition**, by unlawfully possessing or using a controlled substance. On or about October 4, 2017, the supervised releasee submitted a urine specimen, which tested positive for the presence of cocaine; and subsequently confirmed positive by the national lab. |
| 2 | **Violation of Standard Condition**, by unlawfully possessing or using a controlled substance. On or about November 28, 2017, the supervised releasee, submitted a urine specimen, which tested positive for the presence of cocaine; and subsequently confirmed positive by the national lab. |
| 3 | **Violation of Standard Condition**, by failing to submit to drug testing. On or about November 6, 2017, the supervised releasee failed to submit to drug testing as scheduled by Code-A-Phone. |
| 4 | **Violation of Standard Condition**, by failing to submit to drug testing. On or about December 4, 2017, the supervised releasee failed to submit to drug testing as scheduled by Code-A-Phone. |

Petition for Warrant or Summons for Offender Under Supervision
Page 2

| | | |
|---|---|---|
| 5 | | **Violation of Standard Condition**, by failing to submit to drug testing. On or about December 14, 2017, the supervised releasee failed to submit to drug testing as scheduled by Code-A-Phone. |
| 6 | | **Violation of Special Condition**, by failing to participate in a Domestic Violence and or Anger Management treatment program. On or about October 28, 2017, the supervised releasee was unsuccessfully discharged from the Batterers Intervention Program by Creative Counseling Services of Gainesville, Inc., for failing to attend required sessions. |

U.S. Probation Officer Recommendation: The issuance of a warrant and that the defendant be brought before the court to explain why his term of supervised release should not be revoked.

☐ The term of supervision should be

    ☐ Revoked

    ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2018

Dennis J. Thomson
U.S. Probation Officer

Petition for Warrant or Summons for Offender Under Supervision
Page 3

---

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant

☐ The Issuance of a Summons.

☐ Other -

_____MARK E. WALKER_____
Signature of Judicial Officer

__1/16/18__
Date

Warrant/Summons Issued: _____  _____
                                     Date        Deputy Clerk